# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1263
_____

United States of America

*Plaintiff - Appellee*

v.

Brian Tyrone Brand

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: October 2, 2023
Filed: October 5, 2023
[Unpublished]
_____

Before COLLOTON, GRUENDER, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Brian Brand appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to an ammunition offense.  His counsel has moved for

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the district court erred in applying a cross reference to the provision for attempted second-degree murder to calculate his advisory Guidelines imprisonment range.

Having reviewed the record, we conclude the district court did not err in calculating the Guidelines range using the cross-reference. <u>See</u> <u>United States v. Tunley</u>, 664 F.3d 1260, 1262 (8th Cir. 2012) (reviewing district court's factual findings in applying cross reference for clear error and its application of Guidelines de novo); <u>see also</u> <u>United States v. Conley</u>, No. 21-2094, 2022 WL 2979771, at *2 (8th Cir. 2022) (unpublished per curiam) (affirming application of cross-reference to Guidelines provision for attempted second-degree murder; noting case law showing that shooting at group of people demonstrates specific intent to kill). Further, we have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____